Decided February 7, 2001

### RICHARD PRESTON *v.* STATE OF CONNECTICUT, DIVISION OF CRIMINAL JUSTICE

The plaintiff's petition for certification for appeal from the Appellate Court, 60 Conn. App. 853 (AC 19395), is denied.

SULLIVAN, C. J., and PALMER, VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Richard Preston*, pro se, in support of the petition.

*Saranne P. Murray* and *Sheila A. Huddleston*, in opposition.

Decided February 7, 2001